UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

EDWARD GARRISON, JR.,

                                    Plaintiff,

    **-v.-**

                                   Civil Action No.
                                1:08-cv-1005 (GLS/VEB)

COMMISSIONER OF SOCIAL
SECURITY,

                                  Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                        OF COUNSEL:

**FOR THE PLAINTIFF:**

Office of Michael L. Bonsor         MICHAEL L. BONSOR, ESQ.
164 Mead Road
Johnsonville, New York 12904

**FOR THE DEFENDANT:**

Social Security Administration       SUSAN J. REISS, ESQ.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, New York 10278


GARY L. SHARPE,
U.S. DISTRICT JUDGE

## **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Victor E. Bianchini, duly filed June 7, 2010.  Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge Victor E. Bianchini filed June 7, 2010 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that the court finds no reversible error and because substantial evidence supports the Commissioner's decision, the court GRANTS the Commissioner a judgment on the pleadings, and it is further

ORDERED, that the Clerk enter judgment and close the case, and it is further

ORDERED, that the Clerk of the Court is to mail copies of the Order to the parties.

IT IS SO ORDERED

Dated:   July 14, 2010
         Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge